## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 150 EAL 2014
                                              :
           Petitioner : Petition for Allowance of Appeal from the
                                              : **Unpublished Memorandum and Order** of
                                              : the Superior Court at No. 2682 EDA 2012
          v. : filed February 24, 2014, **vacating** the
                                              : Order of the Philadelphia County Court of
                                              : Common Pleas at Nos.
ANTONIO VAZQUEZ, : MC-51-CR-0143201-1998,
                                              : MC-51-CR-0607401-1998,
          Respondent : MC-51-CR-0804201-1996,
                                              : MC-51-CR-0951381-1999,
                                              : MC-51-CR-1034411-1997 and
                                              : MC-51-CR-1054371-1999 filed August 9,
                                              : 2012.
                                              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of September, 2014, the Petition for Allowance of Appeal is **GRANTED**. The order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court to reconsider in light of our opinion in Commonwealth v. Wallace, --- A.3d ---- (Pa. 2014), currently available at 2014 WL 3579692.